BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| IN RE: ANDROGEL PRODUCT LIABILITY LITIGATION | § § § § § | MDL DOCKET NO. 2545 |
|---|---|---|

## AMENDED PROOF OF SERVICE

I hereby certify that on April 14, 2014, a copy of foregoing *Motion,* Memorandum *of Law, Schedule of Actions, Request for Oral Argument and this Proof of Service* in Support of Plaintiffs' *Motion for Transfer and Coordination or Consolidation Under 28 U.S.C. §1407* (Document #17) was electronically transmitted to the Judicial Panel on Multidistrict Litigation via the CM/ECF system and was served by First-Class Mail, and Electronic Mail upon the foregoing counsel:

| ATTORNEY | PARTY / CASE |
|---|---|
| James F. Hurst<br>Nicole E. Wrigley<br>Scott P. Glauberman<br>Bryna Joyce Roth Dahlin<br>Joseph Laurence Motto<br>Scott M. Ahmad<br>Thomas James Frederick<br>**Winston & Strawn, LLP**<br>35 W. Wacker Dr.<br>Chicago, IL  60601-9703<br>jhurst@winston.com<br>nwrigley@winston.com<br>sglauber@winston.com<br>bdahlin@winston.com<br>jmotto@winston.com<br>sahmad@winston.com<br>Tfrederick@winston.com | Defendants:<br>AbbVie Inc. and Abbott Laboratories, Inc.<br><br>*Aurecchia v. AbbVie Inc., et al.,* N.D.Il. No. 14-772<br>*Marino v. AbbVie Inc., et al.,* N.D.Il., No. 14-777<br>*Myers v. AbbVie Inc., et al.,* N.D.Il., No. 14-780<br>*Johnson v. AbbVie Inc., et al.,* N.D.Il., No. 14-877<br>*Kelly, Sr. v. AbbVie Inc., et al.,* N.D.Il., No. 14-879<br>*Lau v. AbbVie Inc., et al.*, N.D.Il., No. 14-1298<br>*Cripe v. AbbVie Inc., et al.*, N.D.Il., No. 14-843<br>*Gibby v. AbbVie Inc., et al.,* N.D.Il., No. 14-917<br>*Hardee v. AbbVie Inc., et al.,* N.D.Il., No. 14-918 |

|   |   |
|---|---|
|   | *Bartholic v. AbbVie Inc., et al.*, N.D.Il., No. 14-1427 |
|   | *O'Donnell v. AbbVie Inc., et al.*, N.D.Il. No. 14-1428 |
|   | *Blades v. AbbVie Inc., et al.*, N.D.Il., No. 14-1471 |
|   | *Carpenter v. AbbVie Inc., et al.*, N.D.Il., No. 14-1472 |
|   | *Humphries v. AbbVie Inc., et al.*, N.D.Il., No. 14-1473 |
|   | *Dobbs v. AbbVie Inc., et al.*, N.D.Il., No. 14-1474 |
|   | *Headley v. AbbVie Inc., et al.*, N.D.Il., No. 14-1475 |
|   | *Hughes v. AbbVie Inc., et al.*, N.D.Il., No. 14-1476 |
|   | *Jackson v. AbbVie Inc., et al.*, N.D.Il., No. 14-1477 |
|   | *Gordon v. AbbVie Inc., et al.*, N.D.Il., No. 14-1478 |
|   | *Jones v. AbbVie Inc., et al.,* N.D.Il., No. 14-1479 |
|   | *King v. AbbVie Inc., et al.*, N.D.Il., No. 14-1480 |
|   | *Lewis v. AbbVie Inc., et al.*, N.D.Il., No. 14-1481 |
|   | *Saylor v. AbbVie Inc., et al.*, N.D.Il., No. 14-1482 |
|   | *Cataudella v. AbbVie Inc., et al.*, N.D.Il., No.14-1483 |
|   | *Bailey v. AbbVie Inc., et al.*, N.D.Il., No. 14-1663 |
|   | *Gordon v. AbbVie Inc., et al.*, N.D.Il., No. 14-1665 |
|   | *White v. AbbVie Inc., et al.*, N.D.Il., No. 14-1667 |
|   | *Montgomery v. AbbVie Inc., et al.*, N.D.Il., No. 14-1668 |
|   | *Ortiz v. AbbVie Inc., et al.*, N.D.Il., No. 14-1670 |
|   | *DeLeon v. AbbVie Inc., et al.*, N.D.Il., No. 14-1673 |
|   | *Delu v. AbbVie Inc., et al.*, N.D.Il., No. 14-1726 |
|   | *LaRoche v. AbbVie Inc., et al.*, N.D.Il., No. 14-1826 |

|  | |
|---|---|
|  | *George V. AbbVie Inc., et al.*, N.D.Il., No. 14-2085<br>*Darby v. AbbVie Inc., et al.*, N.D.Il., No. 14-2227<br>*Emmons v. AbbVie Inc., et al.*, N.D.Il., No. 14-2221<br>*Covey v. AbbVie Inc., et al.*, N.D.Il., No. 14-2405<br>*Parker v. AbbVie Inc., et al.*, N.D.Il., No. 14-2394<br>*Deforest v. AbbVie Inc., et al.*, N.D.Il., No. 14-2405<br>*Lueck v. AbbVie Inc., et al.*, N.D.Il., No. 14-2140<br>*Schenkein v. AbbVie Inc., et al.*, D.Co., No. 14-910<br>*Tejeda v. AbbVie Inc., et al.*, E.D.Pa., No. 14-946<br>*LoCoco v. AbbVie Inc., et al.*, E.D.La., No. 14-774<br>*Albright v. AbbVie, Inc, et al*, E.D.La., No. 14-2112<br>*Harris v. Abbvie, Inc., et al* E.D. Pa., No. 14-2113<br>*Husted v. Abbvie, Inc., et al*, E.D. Pa., No. 14-2111<br>*Komrada v. AbbVie Inc., et al.*, N.D.Il., No. 14-2429<br>*Mecikalski v. AbbVie Inc., et al.*, N.D.Il., No. 2441<br>*Reid v. AbbVie Inc., et al.*, N.D.Il., No. 14-2443<br>*Barrios v. AbbVie Inc., et al* LAED No. 14-0839 |
| David E. Stanley<br>**Reed Smith LLP**<br>355. S Grand Avenue, Ste. 2900<br>Los Angeles, CA 90071<br>Dstanley@reedsmith.com<br><br>Timothy Robert Carraher<br>**Reed Smith LLP**<br>10 S. Wacker Dr., 40th Floor<br>Chicago, IL  60606<br>tcarraher@reedsmith.com | Defendants:<br>Eli Lilly and Company, Lilly USA LLC<br><br>*Lau v. Abbvie Inc., et al.*, N.D.Il., No. 14-1298 |

| | |
|---|---|
| Auxilium Pharmaceuticals<br>640 Lee Road<br>Chesterbrook, PA  19087 | Unrepresented Party:<br>*Peuler v. Auxilium Pharmaceuticals,* E.D.La., No. 14-658<br>*Barrios v. AbbVie, Inc., et al,* E.D. La, No. 14-839 |
| Andrew Keith Solow<br>**Kaye Scholer LLP**<br>425 Park Ave.<br>New York, NY 10022<br>asolow@kayescholer.com<br><br>Jeffrey Mark Wagner<br>**Kaye Scholer LLP**<br>3 First National Plaza<br>70 West Madison<br>Chicago, IL  60602<br>Jeffrey.wagner@kayescholer.com<br><br>Pamela Joan Yates<br>**Kaye Scholer LLP**<br>1999 Avenue of the Stars, Ste 1700<br>Los Angeles, CA  90067<br>pyates@kayescholer.com | Defendant:<br>Endo Pharmaceuticals<br><br>*Cataudella v. AbbVie Inc., et al.,* N.D.Il., No.14-1483 |
| Diane Nast<br>**NastLaw LLC**<br>1101 Market St., Suite 2801<br>Philadelphia, PA 19107<br>Dnast@nastlaw.com | Plaintiff:<br>*Tejeda v. AbbVie Inc., et al.*, E.D.Pa., No. 14-946 |
| Gerald E. Meunier<br>**Gainsburgh, Benjamin, David, Meunier & Warshauer**<br>Energy Centre<br>1100 Poydras Street, Suite 2800<br>New Orleans, LA  70163-2800<br>gmeunier@gainsben.com | Plaintiff:<br><br>*LoCoco v. AbbVie Inc., et al.*, E.D.La., No. 14-774 |
| Ronald E. Johnson, Jr.<br>Sarah Lynch<br>**Schachter Hendy & Johnson**<br>909 Wrights Summit Parkway, Suite 210<br>Fort Wright, KY  41011 | Plaintiffs:<br>*Blades v. AbbVie Inc., et al.,* N.D.Il., No. 14-1471<br>*Carpenter v. AbbVie Inc., et al.,* N.D.Il., No. 14-1472 |

| | |
|---|---|
| rjohnson@pschachter.com<br>slynch@pschachter.com | *Humphries v. AbbVie Inc., et al.*, N.D.Il., No. 14-1473 |
| Seth A. Katz<br>**Burg Simpson**<br>40 Iverness Drive East<br>Englewood, CO  80116<br>skatz@burgsimpson.com | Plaintiffs:<br><br>*Schenkein v. AbbVie Inc., et al.,* D.Co., No. 14-910 |
| Joseph M. Lyon<br>**The Lyon Firm**<br>22 West 9th<br>Cincinnati, OH  45202<br>jlyon@thelyonfirm.com | Plaintiffs:<br>*Cripe v. AbbVie Inc., et al.*, N.D.Il., No. 14-843<br>*Gibby v. AbbVie Inc., et al.,* N.D.Il., No. 14-917<br>*Hardee v. AbbVie Inc., et al.,* N.D.Il., No. 14-918<br>*Dobbs v. AbbVie Inc., et al.*, N.D.Il., No. 14-1474<br>*Headley v. AbbVie Inc., et al*., N.D.Il., No. 14-1475<br>*Hughes v. AbbVie Inc., et al*., N.D.Il., No. 14-1476<br>*Jackson v. AbbVie Inc., et al*., N.D.Il., No. 14-1477<br>*Gordon v. AbbVie Inc., et al.,* N.D.Il., No. 14-1478<br>*Jones v. AbbVie Inc., et al.,* N.D.Il., No. 14-1479<br>*King v. AbbVie Inc., et al*., N.D.Il., No. 14-1480<br>*Lewis v. AbbVie Inc., et al.*, N.D.Il., No. 14-1481<br>*Saylor v. AbbVie Inc., et al*., N.D.Il., No. 14-1482 |
| Trent B. Miracle<br>Brendan A. Smith<br>**Simmons Browder Gianaris Angelides & Barnerd**<br>One Court St.<br>Alton, IL  62002<br>tmiracle@simmonsfirm.com<br>bsmith@simmonsfirm.com | Plaintiffs:<br><br>*Aurecchia v. AbbVie Inc., et al.,* N.D.Il. No. 14-772<br>*Bailey v. AbbVie Inc., et al*., N.D.Il., No. 14-1663<br>*Bartholic v. AbbVie Inc., et al*., N.D.Il., No. 14-1427<br>*DeLeon v. AbbVie Inc., et al.*, N.D.Il., No. 14-1673<br>*Delu v. AbbVie Inc., et al*., N.D.Il., No. 14-1726 |

| | |
|---|---|
| | *George V. AbbVie Inc., et al.,* N.D.Il., No. 14-2085<br>*Gordon v. AbbVie Inc., et al.*, N.D.Il., No. 14-1665<br>*Johnson v. AbbVie Inc., et al.,* N.D.Il., No. 14-877<br>*Kelly, Sr. v. AbbVie Inc., et al.*, N.D.Il., No.14-879<br>*Lau v. AbbVie Inc., et al.*, N.D.Il., No. 14-1298<br>*Lueck v. AbbVie Inc., et al.,* N.D.Il., No. 14-2140<br>*Marino v. AbbVie Inc., et al.,* N.D.Il., No. 14-777<br>*Myers v. AbbVie Inc., et al.,* N.D.Il., No. 14-780<br>*Montgomery v. AbbVie Inc., et al.*, N.D.Il., No. 14-1668<br>*O'Donnell v. AbbVie Inc., et al.,* N.D.Il. No. 14-1428<br>*Ortiz v. AbbVie Inc., et al.*, N.D.Il., No. 14-1670<br>*White v. AbbVie Inc., et al.*, N.D.Il., No. 14-1667 |
| Benedict P. Morelli<br>David Stuart Ratner<br>David T. Sirotkin<br>**Morelli Alters Ratner LLP**<br>950 Third Ave., 11th Floor<br>New York, NY  10022<br>bmorelli@morellialters.com<br>dratner@morellialters.com<br>dsirotkin@morellialters.com | <u>Co-Counsel for Plaintiffs:</u><br>*Aurecchia v. AbbVie Inc., et al.,* N.D.Il. No. 14-772<br>*Marino v. AbbVie Inc., et al.,* N.D.Il., No. 14-777<br>*Myers v. AbbVie Inc., et al.,* N.D.Il., No. 14-780 |
| James P. Roy<br>Elwood C. Stevens, Jr.<br>**Domengeaux, Wright, Roy & Edwards**<br>556 Jefferson St., Ste 500<br>Lafayette, LA 70502<br>jimr@wrightroy.com<br>ElwoodS@wrightroy.com | <u>Plaintiff:</u><br><br>*Peuler v. Auxilium Pharmaceuticals,* E.D.La., No. 14-658 |

| | |
|---|---|
| Drew B. Laframboise<br>James F. Green<br>Stephanie Lynn Gardner<br>**Ashcraft & Gerel, LLP**<br>4900 Seminary Rd., Ste 650<br>Alexandria, VA 22311<br>dlaframboise@ashcraftlaw.com<br>jgreen@ashcraftlaw.com<br>sgardner@ashcraftlaw.com<br>mparf@aol.com | Plaintiff:<br>*Komrada v. AbbVie Inc., et al.,*<br>N.D.Il., No. 14-2429 |
| Tor A. Hoerman<br>**TorHoerman Law LLC**<br>101 W. Vandalia St., Ste 350<br>Edwardsville, IL 62025<br>thoerman@torhoermanlaw.com | Plaintiff:<br>*Komrada v. AbbVie Inc., et al.,*<br>N.D.Il., No. 14-2429 |
| Gary D. McCallister<br>**Gary D. McCallister & Associates, LLC**<br>120 N. LaSalle Street, Suite 2800<br>Chicago, IL 60602<br>gdm@gdmlawfirm.com | Plaintiff:<br>*Mecikalski v. AbbVie Inc., et al.,*<br>N.D.Il., No. 2441<br>*Reid v. AbbVie Inc., et al.,*<br>N.D.Il., No. 14-2443 |
| George M. Fleming<br>**Fletcher & Sippel**<br>29 North Wacker, Suite 920<br>Chicago, IL 60606<br>george_fleming@fleming-law.com | Plaintiff:<br>*Mecikalski v. AbbVie Inc., et al.,*<br>N.D.Il., No. 2441<br>*Reid v. AbbVie Inc., et al.,*<br>N.D.Il., No. 14-2443 |
| Arnold Levin<br>Michael M. Weinkowitz<br>**Levin, Fishbein, Sedran & Berman**<br>510 Walnut Street, Suite 500<br>Philadelphia, PA  19104<br>mweinkowitz@lfsblaw.com<br>alevin@lfsblaw.com | Plaintiff:<br><br>*Albright v. AbbVie, Inc, et al,* E.D.Pa.,<br>No. 14-2112<br>*Harris v. Abbvie, Inc., et al,* E.D. Pa.,<br>No. 14-2113<br>*Husted v. Abbvie, Inc., et al,* E.D. Pa.,<br>No. 14-2111 |
| Clerk of the Court<br>United States District Court<br>Eastern District of Pennsylvania<br>U.S. Courthouse, 601 Market Street<br>Room 2609<br>Philadelphia, PA  19106 | |

|  |  |
|---|---|
| Clerk of the Court<br>United States District Court<br>Northern District of Illinois, Eastern Division<br>United States Courthouse<br>219 South Dearborn St.<br>Chicago, IL  60604 |  |
| Clerk of the Court<br>United States District Court<br>District of Colorado<br>Byron G. Rogers Courthouse<br>1929 Stout St.<br>Denver, CO  80294 |  |
| Clerk of the Court<br>United States District Court<br>Eastern District of Louisiana<br>500 Poydras Street, Room C-151<br>New Orleans, LA 70130 |  |

Respectfully submitted,

/s/ Leonard A. Davis

_____
Russ M. Herman, Esquire (LA Bar No. 6819)
rherman@hhklawfirm.com
Maury A. Herman, Esquire (LA Bar No. 6815)
mherman@hhklawfirm.com
Leonard A. Davis, Esquire (LA Bar No. 14190)
ldavis@hhklawfirm.com
Stephen J. Herman, Esquire (LA Bar No. 23129)
sherman@hhklawfirm.com
Aaron Z. Ahlquist, Esquire (LA Bar No. 29063)
aahlquist@hhklawfirm.com
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024